**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Justin John Pintauro,<br><br>        Debtor. | Case No. 25-04482-hb<br><br>Chapter 7 |

**CONSENT ORDER DIRECTING DISBURSEMENT OF FUNDS**
**OTHER THAN AS PROVIDED BY SC LBR 3070-1(c)**

This matter comes before the Court on the agreement of John K. Fort, Chapter 7 Trustee, Benjamin R. Matthews, attorney for the debtor, and Gretchen D. Holland, the Chapter 13 Trustee formerly assigned to this case, whose signatures appear below. The relevant facts are as follows:

1. The debtor filed a Voluntary Chapter 13 Petition on 11/14/2025, and Gretchen D. Holland was appointed as Chapter 13 Trustee in the case.

2. No chapter 13 plan was ever confirmed.

3. The debtor filed a Notice of Voluntary Conversion from Chapter 13 to Chapter 7 on 05/01/2026, and John K. Fort was assigned to the case as Chapter 7 Trustee.

4. At the time of conversion, the Chapter 13 Trustee was holding funds in the case in the total amount of $122,229.13, which included $108,810.14 in sale proceeds received from a closing attorney following the debtor's sale of certain non-exempt, non-residential real estate prior to conversion of the case.

5. No additional funds were received after conversion of the case to chapter 7.

6. SC LBR 3070-1(c), which governs the disbursement of funds being held by a Chapter 13 Trustee in a case that is converted prior to confirmation, states that "[u]nless ordered by the court or the debtor consents otherwise, upon the conversion of a case, the chapter 13 trustee shall return all funds on hand, and all funds received after conversion, to the debtor."

7. The parties agree that the portion of the Chapter 13 Trustee's balance on hand representing proceeds from the sale of non-exempt, non-residential real estate constitutes an asset of the Chapter 7 estate, and should be paid to the Chapter 7 Trustee rather than refunded to the debtor.

**IT IS THEREFORE ORDERED** that the Chapter 13 Trustee shall disburse her balance on hand as follows:

A. $108,810.14 to John K. Fort, Chapter 7 Trustee; and

B. $13,418.99 to the debtor.

**AND IT IS SO ORDERED.**

---

WE CONSENT:

/s/ John K Fort
John K Fort, Chapter 7 Trustee
PO Box 669
Landrum, SC  29356
864-702-8113

/s/ Benjamin R. Matthews
Benjamin R. Matthews, Attorney for Debtor
DCID No. 3332
7909 Parklane Road, Suite 305
Columbia, SC  29223
803-799-1700

/s/ Gretchen D. Holland
Gretchen D. Holland, Chapter 13 Trustee
3449 Pelham Road, Suite C
Greenville, SC  29615
864-242-0314